1  GEOFFREY A. HANSEN
Acting Federal Public Defender
2  ELLEN V. LEONIDA
Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
JOSE ANTONIO GUTIERREZ
7

8
IN THE UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION
10

11  UNITED STATES OF AMERICA,              4-12-70377 MAG

12              Plaintiff,                  STIPULATION AND ORDER
                                            MODIFYING CONDITIONS OF
13        v.                                PRETRIAL RELEASE

14  JOSE ANTONIO GUTIERREZ,

15              Defendant.

16        IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions

17  of pretrial release for Jose Gutierrez may be modified to allow him to travel to the Central District

18  of California from April 27, 2012 to April 29, 2012 for his cousin's wedding. While in the Central

19  District, Mr. Gutierrez will be staying at the Ontario Inn, 5361 Holt Blvd., Montclair, California.

20  Pretrial Services Officer K.J. Gibson is aware of the proposed modification and has no objection.

21        All other conditions of release shall remain the same.

22  DATED: April 24, 2012                            /s/
                                            ELLEN V. LEONIDA
23                                          Assistant Federal Public Defender

24  DATED: April 24, 2012                            /s/
                                            CHRISTINA MCCALL
25                                          Assistant United States Attorney

26

CR 12-00140 CW
Stipulation and Order Modifying Pretrial
Release Conditions                          1

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Jose Gutierrez may be modified to allow him to travel to the Central District of California from April 27, 2012 to April 29, 2012.   All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: 4/24/12

_____
DONNA M. RYU
United States Magistrate Judge

CR 12-00140 CW
Stipulation and Order Modifying Pretrial
Release Conditions                          2