GEOFFREY A. HANSEN
Acting Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
JOSE ANTONIO GUTIERREZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR-12-00293-PJH |
| | ~~4-12-70377 MAG~~ |
| Plaintiff, | |
| | STIPULATION TO CONTINUANCE |
| v. | AND EXCLUSION OF TIME UNDER |
| | THE SPEEDY TRIAL ACT, 18 U.S.C. § |
| JOSE ANTONIO GUTIERREZ, | 3161 ET. SEQ.; ORDER |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing and bail review hearing date of July 11, 2012, presently scheduled at 9:30 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for July 13, 2012 at 9:30 a.m., before the Hon. Donna M. Ryu, for status and bail review.

The reason for this continuance is that Mr. Gutierrez has a critical appointment with a neurologist on the morning of July 11, 2012. If forced to reschedule, he would have to wait for over a month to get another appointment. This matter was originally set for Tuesday, July 10, 2012, and was rescheduled at the request of counsel because the Oakland magistrate calendar was going to be

CR 4-12-70377 MAG
Stipulation to Continuance and Exclusion of Time

1

heard in San Francisco on July 10, 2012.  Mr. Gutierrez was not aware of the change in court date until recently.

The parties agree and stipulate that the time until July 13, 2012 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford the Defendant continuity of counsel.

Date: July 5, 2011 /s/
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for defendant JOSE GUTIERREZ

Date: July 5, 2011 /s/
CHRISTINA MCCALL
Assistant United States Attorney

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 13, 2012 at 9:30 a.m., before the Oakland Duty Magistrate. Time is excluded until July 13, 2012 pursuant to 18 U.S.C. § 3161(h)(7)(a).

IT IS SO ORDERED.

_7/9/12_
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

4-12-70377 MAG
Stipulation to Continuance and Exclusion of Time